**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| LUIS OMAR ICHINA-LAGUA, | : | |
| Petitioner, | : | |
| | : | |
| v. | : | Civil No. 2:26-cv-00640-JLS |
| | : | |
| BRIAN MCSHANE, *et al.*, | : | |
| Respondents. | : | |

**<u>ORDER</u>**

**AND NOW**, this 24th day of April, 2026, upon receipt of the Respondents' Certificate of Compliance for release (ECF No. 5), **IT IS HEREBY ORDERED THAT** the Clerk of Court is **DIRECTED** to **CLOSE** this case.[1]

**BY THE COURT:**

*/s/ Jeffrey L. Schmehl*

**JEFFREY L. SCHMEHL
United States District Court Judge**

---

[1] The Court shall retain jurisdiction of this matter for ninety (90) days unless otherwise ordered.